**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Isaias Pantzay Marroquin,<br><br>Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>Respondents. | No. CV-26-00583-PHX-KML (ASB)<br><br>**ORDER** |

Petitioner challenged his immigration detention, alleging he was previously released from custody and granted special immigrant juvenile status with deferred action. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 5.) Respondents' response stated "Respondents do not oppose Petitioner's release from custody at this time." (Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is granted.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

///

///

1   **IT IS FINALLY ORDERED** any pending motions are denied as moot and the
2   Clerk of Court shall enter judgment in Petitioner's favor and close this case.
3   Dated this 10th day of February, 2026.

*[Signature]*

Honorable Krissa M. Lanham
United States District Judge